Petition for Writ of Mandamus Denied and Memorandum Opinion filed
October 26, 2006








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed October 26, 2006.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00918-CV

____________

 

IN RE EDWARD EARL WEDDLE AND

EARL M. WEDDLE, Relators

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On
October 19, 2006, relators Edward Earl Weddle and Earl M. Weddle
filed a petition for writ of mandamus in this court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition,
relators asked this court to compel the Honorable Tony Lindsay, presiding judge
of the 280th Judicial District Court of Harris County, to set aside her October
16, 2006 ruling denying relators= motion for a jury trial.








Relators
have informed this court that the underlying case has settled and that they are
withdrawing their Petition for Writ of Mandamus.  We accordingly dismiss
relators= petition for writ of mandamus. 

 

PER CURIAM

 

Petition Denied and Memorandum
Opinion filed October 26, 2006.

Panel consists of Justices Fowler,
Edelman, and Frost.